IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  5:14-CR-339  (DNH) |
| | ) |
| **v.** | ) **Information** |
| | ) |
| **JOSEPH ARIGO,** | ) Violation(s):   18 U.S.C. § 242 |
| | )                 Deprivation of rights under |
| | )                 color of law |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Oswego |

## THE UNITED STATES CHARGES:

On or about June 28, 2014, in Oswego County in the Northern District of New York, the defendant,

**JOSEPH ARIGO,**

while acting under color of law, willfully deprived G.B. of the right secured and protected by the Constitution of the United States, namely the right not to be subjected to excessive force by one acting under color of law. Specifically, the defendant, a sergeant in the Fulton Police Department, assaulted and injured G.B. inside the police station while G.B. was restrained by slamming his head into a bench, slapping him in the head, and punching him several times in the head. The offense resulted in bodily injury to G.B.

All in violation of Title 18, United States Code, Section 242.

Dated: September 12, 2014

MOLLY J. MORAN
Acting Assistant Attorney General
Civil Rights Division

By:

Dana Mulhauser
Trial Attorney
Bar Roll No. 518944

2